Joanna O'Brien and Joseph P. O'Brien, Appellants, vs.
        James A. Radford, Appellee.

Appeal from Circuit Court, Lake county; John D.
Broome, Judge.

Anderson & Hocker, for Appellants.

R. McConathy, for Appellee.

The bill in this cause was filed by the appellee against
the appellants.   There was decree for the complainant,
and the defendants appeal.

Appeal dismissed on praecipe of counsel for appellants.